Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| IMELDA MACIEL<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | Civil Action No. 1:05-CV-0432 AWI DLB<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 20, 2005, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, March 30, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Dated: August 22, 2005

/s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: August 22, 2005

MCGREGOR SCOTT
United States Attorney

By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated: August 23, 2005**

3c0hj8

**/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE