# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA MACIEL, ) | 1:05 cv 0432 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION REGARDING |
| v. ) | PLAINTIFF'S SOCIAL SECURITY |
| ) | COMPLAINT |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | (Document 18) |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Plaintiff filed her complaint for review of the final decision of the Commissioner of Social Security on March 30, 2005.

     On January 31, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be denied and judgment entered in favor of Defendant.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order.

     Over fifteen (15) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 31, 2006, is ADOPTED IN FULL; and

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED and JUDGMENT is entered for Defendant Jo Anne B. Barnhart and against Plaintiff Imelda Maciel.

IT IS SO ORDERED.

**Dated:   September 12, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE